IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01698-ZLW-MJW

IDEAL IMAGE DEVELOPMENT CORPORATION, a Florida corporation,

    Plaintiff,

v.

DENISE A. TAUTFEST, d/b/a IDEAL IMAGE ELECTROLYSIS,

    Defendant.

**ORDER**

    The matter before the Court is an Unopposed Motion To Stay Case. In consideration thereof, it is

    ORDERED that the Unopposed Motion To Stay Case (Doc. No. 18; Oct. 6, 2008) is granted and the case is stayed until further order of the Court. It is

    FURTHER ORDERED that Plaintiff shall file a status report with this Court on or before December 10, 2008.

    DATED at Denver, Colorado, this __8th__ day of October, 2008.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court