IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01698-ZLW-MJW

IDEAL IMAGE DEVELOPMENT CORPORATION,

Plaintiff(s),

v.

DENISE A. TAUTFEST, d/b/a IDEAL IMAGE ELECTROLYSIS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Hale Friesen LLP's Motion to Withdraw (docket no. 33) is DENIED WITHOUT PREJUDICE.  Each attorney of record for a party, who wishes to withdraw as attorney of record for a party, must file his/her individual Motion to Withdraw.

Date:  April 23, 2009