IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01698-ZLW-MJW

IDEAL IMAGE DEVELOPMENT CORPORATION,

Plaintiff(s),

v.

DENISE A. TAUTFEST, d/b/a IDEAL IMAGE ELECTROLYSIS,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that the Motion to Withdraw Allan L. Hale as Counsel for [Plaintiff] Ideal Image Development Corporation (docket no. 38) and the Motion to Withdraw Amanda A. Bradley as Counsel for [Plaintiff] Ideal Image Development Corporation (docket no. 39) are both **GRANTED**.  Allan L. Hale and Amanda A. Bradley are both withdrawn as counsel of record for the Plaintiff Ideal Image Development Corporation.  Gayle L. Strong continues to be counsel of record for the Plaintiff Ideal Image Development Corporation.

It is **FURTHER ORDERED** that Plaintiff's Consented Motion for Settlement Conference (docket no. 43) is **GRANTED** finding good cause shown.  It is hereby **ORDERED** that a Settlement Conference is set before Magistrate Judge Watanabe on **Monday, May 11, 2009, at 2:30 p.m.**  Representatives from each party who have full authority to settle this case must be present along with counsel.  The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe on or before May 6, 2009.

It is **FURTHER ORDERED** that Plaintiff's Consented Motion for Continued Stay (docket no. 44) is **GRANTED.**  Discovery is **STAYED until May 12, 2009.**

Date:  April 27, 2009